**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 9:08-cv-00143-RC |
| | ) | |
| v. | ) | |
| | ) | |
| S.C. JOHNSON & SON, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER OF DISMISSAL**

Upon the consent of The Procter & Gamble Company ("P&G") and S.C. Johnson & Son, Inc. ("SCJ"), the Court issues the following Stipulation and Order of Dismissal ("Order"):

1. This is an action by P&G on the following claims: (i) infringement of U.S. Patent No. 5,783,544; (ii) infringement of U.S. Patent No. 6,077,318; and (iii) infringement of U.S. Patent No. 6,248,135.

2. SCJ raised various defenses and counterclaimed in this action on the following claims: (i) declaratory judgment of noninfringement of U.S. Patent Nos. 5,783,544, 6,077,318 and 6,248,135; (ii) declaratory judgment of invalidity of U.S. Patent Nos. 5,783,544, 6,077,318 and 6,248,135; (iii) and declaratory judgment of unenforceability of U.S. Patent No. 5,783,544.

3. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1338(a) and 2201–02.

4. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b) because SCJ, for purposes of this action, is subject to personal jurisdiction in this District and because P&G has availed itself of this Court.

5. P&G and SCJ have agreed to settle their disputes in this action.

6. P&G consents to dismissal with prejudice of all of its claims in this action, Claims I–III.

7. SCJ consents to dismissal as moot and without prejudice of its defenses and counterclaims in this action, Counterclaims I–III.

WHEREFORE IT IS ORDERED as follows:

1. P&G's Claims I–III are hereby dismissed with prejudice.

2. SCJ's defenses and Counterclaims I–III are hereby dismissed as moot and without prejudice.

3. P&G and SCJ shall each bear their own attorney fees and costs incurred in connection with this action.

Dated: August 25, 2009

| | |
|---|---|
|     /s/ David M. Maiorana |     /s/ Jeanne M. Heffernan (w/ permission) |

Thad Heartfield  
Texas Bar No. 09346800  
M. Dru Montgonery  
Bar No. 24010800  
**THE HEARTFIELD LAW FIRM**  
2195 Dowlen Road  
Beaumont, Texas 77706  
Telephone: (409) 866-3318  
Facsimile: (409) 866-5789  
Email: jth@jth-law.com  
Email: dru@jth-law.com  

Kenneth R. Adamo  
Bar No. 00846960  
Paul W. Schrier  
Bar No. 24037450  
**JONES DAY**  
2727 N. Harwood Street  
Dallas, Texas 75201-1515  
Telephone: (214) 220-3939  
Facsimile: (214) 969-5100  
Email: kradamo@jonesday.com  
Email: pwschrier@jonesday.com  

David M. Maiorana  
Susan M. Gerber  
**JONES DAY**  
North Point, 901 Lakeside Avenue  
Cleveland, Ohio 44114  
Telephone: (216) 586-3939  
Facsimile: (216) 579-0212  
Email: dmaiorana@jonesday.com  
Email: smgerber@jonesday.com  

*Attorneys for The Procter & Gamble Company*

Robert C. Bunt  
State Bar No. 00787165  
Robert M. Parker  
Bar No. 15498000  
**PARKER BUNT & AINSWORTH, P.C.**  
100 East Ferguson, Suite 1114  
Tyler, Texas 75702  
Telephone: (903) 531-3535  
Fax: (903) 533-9687  
rmparker@pbatyler.com  
rcbunt@pbatyler.com  

Claude E. Welch (Bar No. 21120500)  
**LAW OFFICE OF CLAUDE E. WELCH**  
P.O. Box 1574  
Lufkin, Texas 75902  
Telephone: (936) 639-3049  
Fax: (936) 639-3049  
cewlech@consolidated.net  

T. John Ward, Jr. (Bar No. 00794818)  
**WARD & SMITH LAW FIRM**  
111 W. Tyler St.  
Longview, Texas 75601  
Telephone: (903) 757-6400  
Fax: (903) 757-2323  
jw@jwfirm.com  

John M. Desmarais  
Peter J. Armenio (admitted *pro hac vice*)  
Jeanne M. Heffernan (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
153 East 53rd Street  
New York, New York 10022-4675  
Telephone: (212) 446-4800  
Fax: (212) 446-4900  
jdesmarais@kirkland.com  
parmenio@kirkland.com  
jheffernan@kirkland.com  

*Attorneys for S.C. Johnson & Son, Inc.*

## CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this pleading was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rules CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by regular mail on this the 25th day of August, 2009.

                                                           */s/ David M. Maiorana*
                                                           David M. Maiorana